In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for Opening and Extending Sixty-sixth Street, etc.  KINGS COUNTY LIGHTING COMPANY, Respondent. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of Proceedings Supplementary to Execution by COOPER COMPANY, Respondent, v. BERNARD NAUMBURG, Appellant.— Order modified by striking out the words "upon condition that the examination in supplementary proceedings now proceed in this County or at such time and place as the parties may agree;" and inserting instead "without prejudice to a renewal of the motion to punish for contempt in New York County;" and as modified affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of Proving the Last Will and Testament of SARAH A. LATTING, Deceased, as a Will of Real and Personal Property.  SAMUEL J. MOTT and Others, Appellants; GEORGE W. EASTMAN and Others, Respondents.— Decree of the Surrogate's Court of Nassau county affirmed, with costs to the respondents against the appellants.  No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

FREDERICK N. LEWIS, Respondent, v. THE CONNERS BROS. CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

FREDERICK N. LEWIS, Respondent, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, Defendant, Impleaded with THE CONNERS BROS. CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.— Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

ANNA B. MASCHMEYER, Appellant, v. HORACE DU VAL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.